MABEL L. LUTHER, by Guardian, etc., Respondent, v. THE CITY OF DUNKIRK and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

EDWIN C. SMITH and Another, Respondents, v. PURE STRAIN FARMS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

FLOYD KENT, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

FRANK B. HODGES and Others, as Trustees in Bankruptcy of HUNTER ARMS COMPANY, Bankrupt, Respondents, v. OSWEGO CITY SAVINGS BANK, Appellant.— Motion for reargument denied, and motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THOMAS J. NORTHWAY, Appellant, v. FRANK CONLON, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

WILLIAM H. EDWARDS and Others, Respondents, v. EDWARD F. STEIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

HENRY J. GATES, Respondent, v. E. L. HASLER, Appellant.— Motion granted and appeal dismissed.

MIKE SHOROCK, Respondent, v. LUTHER KERR and Another, Appellants, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

Admitted to Practice as Attorneys and Counselors at Law During January, 1918, Term, upon Examination: WILLIAM J. AHEARN, of Millerton; JAMES S. PIERCE, of Machias.

---

## FIRST DEPARTMENT, FEBRUARY, 1918.

In the Matter of the Petition of MARTIN J. WHITE and Others, Appellants, for a Peremptory Writ of Mandamus against JOHN R. VOORHIS and Others, Constituting the Board of Elections of the City of New York, Respondents. MERTON E. LEWIS, as Attorney-General of the State of New York, and Others, Intervenors, Respondents.

Appeal by the petitioners and by the Democratic party of New York county and another from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office February 5, 1918, dismissing the application herein upon the merits and as a matter of law.

PER CURIAM: The Court of Appeals having set Tuesday, February 12, 1918, for hearing an appeal from an order of the Appellate Division in the Second Department, affirming *pro forma* an order involving the same questions as are presented by this appeal, we affirm this order *pro forma*, in order that the appeal herein may be presented for the consideration of that court at the same time. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order affirmed, and leave granted to appeal to the Court of Appeals.